UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60854-CIV-ZLOCH

DAVID A. RUBIN,

    Plaintiff,

vs.      **FINAL ORDER OF DISMISSAL**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 13) filed herein by United States Magistrate Judge Lurana S. Snow and upon the Objections To Report And Recommendation (DE 14) filed herein by Plaintiff, David A. Rubin. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Plaintiff, David A. Rubin's Objections To Report And Recommendation (DE 14) be and the same is hereby **OVERRULED**;

    2.    The Report And Recommendation (DE 13) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court;

    3.    The Plaintiff's Motion For Summary Judgment (DE 8) be and the same is hereby **DENIED**;

    4.    The Defendant's Motion For Summary Judgment (DE 11) be and the same is hereby **GRANTED**;

    5.    The above-styled cause be and the same is hereby **DISMISSED**; and

    6.    To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this  1st  day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

Lilli W. Marder, Esq.
For Plaintiff

Stephen R. Petri, Esq., AUSA
For Defendant